```
                    FILED          RECEI
                    ENTERED        SERVED
                           COUNSEL/PARTIES OF REC

                        NOV 17 2010

                    CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
                BY:                         DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:09-CR-112-ECR (VPC) |
| JOHN WALTER, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

On June 7, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 492 and Title 28, United states Code, Section 2461(c), based upon the plea of guilty by defendant JOHN WALTER to the criminal offenses, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant JOHN WALTER pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 15, 2010 through July 14, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 492 and Title 28, United states Code, Section
7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8  law:

    a.    any material and apparatus used and intended to be used in the making of counterfeit obligations of the United States found in the possession of the defendant without authority of the Secretary of the treasury or other proper officer; and

    b.    one Epson Artisan 710 printer/scanner bearing the serial number LFLY024542.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __17__ day of __November__, 2010.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE